Matter of Baxi v Paul B. (2023 NY Slip Op 03622)

Matter of Baxi v Paul B.

2023 NY Slip Op 03622

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, CURRAN, MONTOUR, AND OGDEN, JJ.

449 CA 22-00128

[*1]SHREYAS BAXI, M.D., CLINICAL DIRECTOR OF THE MID-HUDSON PSYCHIATRIC CENTER, PETITIONER-RESPONDENT,
v
PAUL B., RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

MICHAEL D. NEVILLE, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, GARDEN CITY (DENNIS B. FELD OF COUNSEL), FOR RESPONDENT-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KATE H. NEPVEU OF COUNSEL), FOR PETITIONER-RESPONDENT.
SCOTT D. MCNAMARA, DISTRICT ATTORNEY, UTICA (AMANDA M. TUCCIARONE OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal, by permission of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Oneida County Court (Michael L. Dwyer, J.), dated September 17, 2021, in a proceeding pursuant to CPL 330.20. The order denied respondent's motion seeking the appointment of an independent psychiatric examiner. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Paul B. ([appeal No. 2] — AD3d — [June 30, 2023] [4th Dept 2023]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court